B2650 (Form 2650) (12/15)

# United States Bankruptcy Court
District Of Connecticut

In re Yolanda Owens Ilako,  )
          Debtor )
            )
Thomas C. Boscarino, Trustee )
          Plaintiff )
            )
v.  )
Ann L. Blackwell,  )
          Defendant )

Case No. [illegible]

Chapter 7

Adv. Proc. No. 17-2028

FILED
JEANNE A. HAUGHTON, CLERK
MAY 06 2020
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

    I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on September 14, 2017 as it appears in the records of this court, and that:
                                                                                                                               (date)

☐ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                             (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
      (name of court)                                 (date)

☒ An appeal was taken from this judgment, and the appeal was dismissed by order entered on October 8, 2019.
     (date)

                                                                           _____
                                                                            Clerk of the Bankruptcy Court

27 JAN 2020                                      By: _____
Date                                                                      Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-21517 (JJT) |
| YOLANDA OWENS ILAKO | ) | CHAPTER 7 |
| ----------------------------------- | ) | |
| THOMAS C. BOSCARINO, TRUSTEE | ) | ADV. PRO. NO. 17-02028 |
| Plaintiff, | ) | |
| v. | ) | RE: ECF NO. 11 |
| ANN L. BLACKWELL | ) | |
| Defendant | ) | |

## ORDER RE: MOTION FOR DEFAULT JUDGMENT

Upon the Plaintiff's Motion for Default Judgment, it is hereby ORDERED:

That a Default Judgment be entered against the Defendant, ANN L. BLACKWELL, in the amount of $100,000.00 plus costs (Adversary Proceeding filing fee, Military Affidavit fee and Certified Mail, U.S. Mail and photocopy fees) of $430.04 and prejudgment interest at the applicable statutory rate(s) in accordance with 28 U.S.C § 1961 from and after November 29, 2016 to the date of this Motion for Default Judgment calculated to be in the amount of $865.22, producing a total of $101,288.63.

Dated: September 14, 2017

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

I certify that this is a true copy
Attest: _____
Deputy Clerk
U. S. Bankruptcy Court



# Invoice

**BKASSETS.COM LLC**
216 N. CENTER ST.
MESA, AZ. 85201

| Date | Invoice # |
|---|---|
| 6/24/2019 | 7227 |

**PAID 07/01/2019**

**Bill To**
FLOYD WHITE AND EDWARD J. FORNIAS, ESQ.
210B HIGHLAND BLVD.
NEW CASTLE DE 19720

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | JUDGMENT IN THE AMOUNT OF $101,288.63 AUCTION ID: ILAKO01 BK. CASE #12-21517 ILAKO | 4,995.00 | 4,995.00 |
| 1 | AUCTION LISTING FEE AND TRANSFER DOCUMENTS | 250.00 | 250.00 |
| 1 | SHIPPING | 25.00 | 25.00 |

**Total** $5,270.00

**Law Office of EJ Fornias, P.A.**

615 W. 18th Street, lower level  Phone: 302-656-2829
Wilmington, DE  19802  Fax: 302-502-2737

Edward J. Fornias, III
Licensed in DE & PA

Solutions, Simplified.

April 20, 2020

FILED
JEANNE A. NAUGHTON, CLERK
MAY 0 6 2020
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

United States Bankruptcy Court
  For the District of New Jersey
US Post Office and Courthouse
401 Market Street
Camden, NJ  08101

ATTENTION:  Clerk's Office

**RE:  Thomas C. Boscarino, Trustee v. Ann L. Blackwell**
**USBC for District of CT Case No. 12-21517**

To the Clerk:

Enclosed please find a copy of the Certification of Judgment for Registration in Another District along with my check in the amount of $47.00 for your filing fee. I ask that the matter be docket in your court.

I have also enclosed a receipt showing that Floyd White and I have purchased this Judgment which was auctioned by the Chapter 7 trustee in Connecticut.

If you have any questions or concerns I am available on my cell phone (215-219-0552) as my office is currently closed due to covid-19. Thank you.

Respectfully submitted,

**EDWARD J. FORNIAS, III**
Appearing *pro se* in the above-referenced case

Enclosure

*Please Return to Margie*

**Law Office of EJ Fornias, P.A.**

615 W. 18th Street, lower level
Wilmington, DE 19802

Phone: 302-656-2829
Fax: 302-502-2737

Edward J. Fornias, III
Licensed in DE & PA

Solutions, Simplified.

January 22, 2020

United States Bankruptcy Court
Abraham Ribicoff Federal Building
450 Main Street, 7th Floor
Hartford, CT 06103

RE: **Yolanda Owens Ilako, Thomas C. Boscarino, Trustee v. Ann L. Blackwell**
**Case No. 12-21517 (JJT)**
**Adv. Pro. No. 17-02028**

To the Court:

    I would appreciate if you would please provide me with a certified copy of the Default Judgment against Ann L. Blackwell in the adversarial case so that the case can be transferred to The United States Bankruptcy Court, District of New Jersey. I have enclosed a check for the fee as well as the Certification of Judgment for Registration in Another District, which I request be filled out and signed by the Clerk of the Court.

    Also, I ask that "Floyd White and Edward J. Fornias" be listed as the Plaintiffs as we purchased this Judgment by way of internet auction. I have enclosed a copy of The Trustee's Report of Sale.

    Thank you.

Respectfully submitted,

**EDWARD J. FORNIAS, III**

EJF/hp