FILED
JEANNE A. NAUGHTON, CLERK

SEP 15 2020

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

**United States Bankruptcy Court**
**District of New Jersey**

In Re: ) Case Number: 20-00107
 Floyd White and )
 Edward J. Fornias, III, )
 As successors in Interest to )
 Thomas C. Boscarino, Trustee )
  )
  ) Application For Writ Of
  ) Execution
v. ) Against Judgment Debtor
  )
Ann L. Blackwell )
Defendant & Judgment Debtor. )

Judgment Creditors, Edward J. Fornias, III and Floyd White hereby apply for a writ of Execution against assets of Judgment Debtor, Ann Blackwell (SSN; xxx-xx-8630) and in support thereof respectfully represent:

1. That they are the real parties in interest.

2. Trustee, Thomas C. Boscarino case obtained a judgment against Ann L. Blackwell which was entered by the United States Bankruptcy Court for the District of Connecticut on the 17th day of September, 2017 in case number 12-21517 (JJT), Adv. Pro. No. 17-02028.

3. The judgment was in the amount of $101,288.63 plus interest to run in accordance with 28 U.S.C. §1961.

4. Thomas C. Boscarino, Trustee did expose said judgment to public auction where it was purchased jointly by Floyd White and Edward J. Fornias, III, Esquire.

5. That the judgment was transferred to and filed in the office of the Clerk of the United States District Court for the District of New Jersey on May 6, 2020 by Floyd White and Edward J. Fornias, III.

6. The amount of $105,108.79 remains due and owing to Floyd White and Edward J. Fornias, III as of September 9, 2020.

7. Upon information and belief, Ann L. Blackwell has assets held by one or more of the following entities:
   - JP Morgan Chase & Co. d/b/a Chase Bank
   - JP Morgan Chase Bank, N.A. d/b/a/ Chase Bank
   - Merrill Edge Financial Solutions Advisors

- Merrill Lynch Pierce Fenner & Smith, Inc. a/k/a Merrill
- The Merrill Group Inc.
- Bank of America Corporation
- Bank of America, N.A.

8. Judgment Creditors have not received any payment towards this judgment and thus the entire amount of the judgment remains due and owing.

Wherefore, Judgment Creditors, Edward J. Fornias, III and Floyd White respectfully request that this Court issue a Writ of Execution directed to the U.S. Marshall to seize and sell those assets of Judgment Debtor in an attempt to satisfy the judgment.

RESTECTFULLY SUBMITTED this \_11\_ day of September, 2020.

Edward J Fornias, III
Floyd White
615 W. 18th Street, Lower Level
Wilmington, DE 19802
EJ@forniaslaw.com
302-656-2829
Fax: 302-502-2737

**United States Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br>  Floyd White and<br>  Edward J. Fornias, III,<br>  As successors in Interest to<br>  Thomas C. Boscarino, Trustee<br><br>v.<br><br>Ann L. Blackwell<br>Defendant & Judgment Debtor, | Case Number: 20-00107 |

## ORDER

And now this _____ day of _____, 2020, it is the Order of this Court that:

Judgment Creditors, Floyd White and Edward J. Fornias, III, are entitled to the issuance of a Writ of Execution against Judgment Debtor, Ann L. Blackwell;

The Court hereby directs the US Marshalls Service to make service of Writs of Execution, upon receipt of the appropriate documentation, forms and fees, upon the following entities:

JP Morgan Chase & Co. d/b/a Chase Bank
JP Morgan Chase Bank, N.A. d/b/a/ Chase Bank
Merrill Edge Financial Solutions Advisors
Merrill Lynch Pierce Fenner & Smith, Inc. a/k/a Merrill
The Merrill Group Inc.
Bank of America Corporation
Bank of America, N.A.

The Court further directs the US Marshalls Service to levy, seize and take into their possession, up to the limits of the judgment, $105,108.79, any assets belonging to Ann L. Blackwell that are found as a result of serving the Writs of Execution;

The Court further directs the US Marshalls Service to pay to Floyd White and Edward J. Fornias, III any and all cash, money or legal tender seized as a result of serving the Writs of Execution, up to the limits of the judgment, $105,108.79;

The Court further directs the US Marshalls Service to sell or auction the non-cash assets levied and seized in accordance with its normal practice and procedure for doing so.

So Ordered:

_____

J.