USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED
JEANNE A. NAUGHTON, CLERK
JAN 26 2021
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Floyd White and Edward J. Fornias, III | mp20-00107 |
| DEFENDANT | TYPE OF PROCESS |
| Ann L. Blackwell (last four digits SS#8630 | Levy execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Merrill Group Inc. • (See Special Instructions Below)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
395 Route 70W; Lakewood NJ 08701 • Phone: 732-370-0200 or 732-994-6563

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Edward J Fornias III
615 W 18th ST Lower Level
Wilmington DE 19802-4707

RECEIVED
JAN 26 2021
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

RECEIVED USMS NEWARK NJ 2020 OCT -1 PM 3:04

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Levy to judgment value upon All Banking and investment accounts and the personal property, rights and credits of the said Judgment debtor not exempt from execution taking into possession any monies, stock certificates, certificates of deposit, non-performed wire transfers, securities, and notes. •Times for service Mon-Fri: 10:00 - 3:30. Sat: 9:00 - 1:00. • Account# 280-13981

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 302-656-2829
DATE: 9/11/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. SD | District to Serve No. BSD | Signature of Authorized USMS Deputy or Clerk C. Robert | Date 10-1-2020 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Joseph Redler, Financial Center Mgr

Address *(complete only different than shown above)*

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 12/02/20   Time: 0915 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 | | $0.00 |

REMARKS: FWD TO TRENTON

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

20-BK-107

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED
JEANNE A. NAUGHTON
JAN 26 2021
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Floyd White and Edward J. Fornias, III | mp20-00107 |
| DEFENDANT | TYPE OF PROCESS |
| Ann L. Blackwell (last four digits SS#8630 | Levy execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Merrill Lynch, Pierce, Fenner & Smith Incorporated A/K/A Merrill • (See Special Instructions Below)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
395 Route 70W; Lakewood NJ 08701 • Phone: 732-994-6563 or 732-370-0200

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Edward J Fornias III
615 W 18th ST Lower Level
Wilmington DE 19802-4707

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

RECEIVED USMS NEWARK NJ 2020 OCT -1 PM 3:04

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Levy to judgment value upon All Banking and investment accounts and the personal property, rights and credits of the said Judgment debtor not exempt from execution taking into possession any monies, stock certificates, certificates of deposit, non-performed wire transfers, securities, and notes. •Times for service Mon-Fri: 10:00 - 3:30. Sat: 9:00 - 1:00. • Account# 280-13981

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 302-656-2829
DATE: 9/11/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 50 | District to Serve No. B50 | Signature of Authorized USMS Deputy or Clerk C. Roberts | Date 9-30-2020 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Joseph Redler, Financial Center Mgr

[X] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 12/02/20    Time: 09:15 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65. | | $0.00 |

REMARKS: FWD TO TRENTON

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

20-BK-107 (2)

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Floyd White and Edward J. Fornias, III | mp20-00107 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ann L. Blackwell (last four digits SS#8630 | Levy execution |

FILED
JEANNE A. NAUGHTON, CLERK
JAN 26 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
DEPUTY

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Merrill Edge Financial Solutions Advisors (See Special Instructions Below)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
395 Route 70W; Lakewood NJ 08701 • Phone:732-370-0200 or 732-994-6563

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Edward J Fornias III
615 W 18th ST Lower Level
Wilmington DE 19802

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Levy to judgment value upon All Banking and investment accounts and the personal property, rights and credits of the said Judgment debtor not exempt from execution taking into possession any monies, stock certificates, certificates of deposit, non-performed wire transfers, securities, and notes. •Times for service Mon-Fri: 10:00 - 3:30. • Account# 280-13981

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 302-656-2829
DATE: 9/11/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. SD | District to Serve No. BSD | Signature of Authorized USMS Deputy or Clerk C. Robet | Date 10-1-2020 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Joseph Reller, Financial Center Manager

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 12/02/20    Time: 0915 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65. | | | 65. | | $0.00 |

REMARKS: FWD TO TRENTON

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

20-BK-107 ③

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED
JEANNE A. NAUGHTON, CLERK
JAN 26 2021
U.S. BANKRUPTCY COURT
CAMDEN NJ
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Floyd White and Edward J. Fornias, III | mp20-00107 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Ann L. Blackwell (last four digits SS#8630 | Levy execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bank of America, N.A • (See Special Instructions Below)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
395 Route 70W; Lakewood NJ 08701 • Phone: 732-370-0200

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Edward J Fornias III
615 W 18th ST Lower Level
Wilmington DE 19802-4707

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Levy to judgment value upon All Banking and investment accounts and the personal property, rights and credits of the said Judgment debtor not exempt from execution taking into possession any monies, stock certificates, certificates of deposit, non-performed wire transfers, securities, and notes. •Times for service Mon-Fri: 10:00 - 4:00. Sat: 9:00 - 1:00.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 302-656-2829
DATE: 9/11/20

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 50
District to Serve No. 650
Signature of Authorized USMS Deputy or Clerk: C. Roberts
Date: Oct. 01. 2020

[✓] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Joseph Redler - Financial Center Mgr.

[✓] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 12/02/20   Time: 0915  [✓] am  [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65. | 0 | 0 | 65. | | $0.00 |

REMARKS: FWD TO TRENTON

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00


20-BK-107 (4)

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED
JEANNE A. NAUGHTON, CLERK
JAN 26 2021
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Floyd White and Edward J. Fornias, III | mp20-00107 |
| DEFENDANT | TYPE OF PROCESS |
| Ann L. Blackwell (last four digits SS#8630 | Levy execution |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bank of America Corporation • (See Special Instructions Below)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
395 Route 70W; Lakewood NJ 08701 • Phone: 732-370-0200

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Edward J Fornias III
615 W 18th ST Lower Level
Wilmington DE 19802-4707

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Levy to judgment value upon All Banking and investment accounts and the personal property, rights and credits of the said Judgment debtor not exempt from execution taking into possession any monies, stock certificates, certificates of deposit, non-performed wire transfers, securities, and notes. •Times for service Mon-Fri: 10:00 - 4:00, Sat: 9:00 - 1:00.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 302-656-2829
DATE: 9/11/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 50 | District to Serve No. 35 | Signature of Authorized USMS Deputy or Clerk  C Robits | Date 10-1-2020 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Joseph Rector - Financial Center Mgr.

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

Date: 12/02/20   Time: 0915  ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee 65. | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges 65. | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)  $0.00 |
|---|---|---|---|---|---|

REMARKS: FWD TO TRENTON

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

20-BK-107 (5)

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED
JEANNE A. NAUGHTON, CLERK
JAN 26 2021
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY /s/ ___ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Floyd White and Edward J. Fornias, III | mp20-00107 |
| DEFENDANT | TYPE OF PROCESS |
| Ann L. Blackwell (last four digits SS#8630) | Levy execution |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
JP Morgan Chase Bank, N. A. D/B/A Chase Bank (See Special Instructions Below)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1797 Ave. of the States; Lakewood, NJ 08701. • Phone:848-373-2672

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Edward J. Fornias III
615 W 18th ST Lower Level
Wilmington DE 19802

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Levy to judgment value upon All Banking and investment accounts and the personal property, rights and credits of the said Judgment debtor not exempt from execution taking into possession any monies, stock certificates, certificates of deposit, non-performed wire transfers, securities, and notes. •Times for service Mon-Fri: 9:00 - 4:30. • Account# 483316020530 2554 • Alt address: 1797 Ave. of the states; Lakewood NJ 08701.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 302-656-2829
DATE: 9/11/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 50 | District to Serve No. 65 | Signature of Authorized USMS Deputy or Clerk C. Robel | Date 10-1-2020 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
John Corey - Branch Manager

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 12/02/20   Time: 12:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.- | 45.05 | | 110.05 | | $0.00 |

REMARKS: AOD TO Trenton

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

20-BK-107 (6)

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

FILED
JEANNE A. NAUGHTON, CLERK
JAN 26 2021
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY /s/ ___ DEPUTY

| PLAINTIFF<br>Floyd White and Edward J. Fornias, III | COURT CASE NUMBER<br>mp20-00107 |
|---|---|
| DEFENDANT<br>Ann L. Blackwell (last four digits SS#8630) | TYPE OF PROCESS<br>Levy execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JPMorgan Chase & Co. A/K/A Chase Bank • (See Special Instructions Below)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1700 Madison Ave. STE 600; Lakewood NJ 08701 • Phone: 732-370-9020

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Edward J. Fornias III
615 W 18th ST Lower Level
Wilmington DE 19802

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Levy to judgment value upon All Banking and investment accounts and the personal property, rights and credits of the said Judgment debtor not exempt from execution taking into possession any monies, stock certificates, certificates of deposit, non-performed wire transfers, securities, and notes. •Times for service Mon-Fri: 9:00 - 4:30. • Account# 483316020530 2554

| Signature of Attorney other Originator requesting service on behalf of: | ● PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>302-656-2829 | DATE<br>9/11/20 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. SD | District to Serve<br>No. BSD | Signature of Authorized USMS Deputy or Clerk<br>C. Roberts | Date<br>Oct. 1-2020 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Janet Falardeau - B. Ass't Branch Mgr

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 12/03/20   Time: 10:10 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>65 | Total Mileage Charges including *endeavors)*<br>43.88 | Forwarding Fee | Total Charges<br>108.88 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |

REMARKS: FWD TO Menton

---

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00


20-BK-107

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

JEANNE A. NAUGHTON, CLERK
JAN 26 2021
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Floyd White and Edward J. Fornias, III | mp20-00107 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ann L. Blackwell (last four digits SS#8630 | Levy execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Merrill Group Inc. • (See Special Instructions Below)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
395 Route 70W; Lakewood NJ 08701 • Phone: 732-370-0200 or 732-994-6563

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Edward J Fornias III
615 W 18th ST Lower Level
Wilmington DE 19802-4707

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Levy to judgment value upon All Banking and investment accounts and the personal property, rights and credits of the said Judgment debtor not exempt from execution taking into possession any monies, stock certificates, certificates of deposit, non-performed wire transfers, securities, and notes. •Times for service Mon-Fri: 10:00 - 3:30, Sat: 9:00 - 1:00. • Account# 280-13981

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 302-656-2829
DATE: 9/1/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 50 | District to Serve No. 85 | Signature of Authorized USMS Deputy or Clerk C. Robert | Date 10-1-2020 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above):
Joseph Redler, Financial Center Mgr

[X] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):

Date: 12/02/20    Time: 09:15  [X] am  [ ] pm

Signature of U.S. Marshal or Deputy: _____

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | 43.88 | | 108.88 | | $0.00 |

REMARKS: FWD TO TRENTON

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

20-BK-107